## Case No. 1,472.

BLACKMAN v. The STAGHOUND.

[Nowhere reported; opinion not now accessible.]